

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Estate of Kenneth Flournoy, Estate of
Mildred Lamb, and Kathlan Flournoy,
Appellant

No. 06-13-00071-CV          v.

David B. Risner and Billie Casey Risner,
Appellees

Appeal from the 294th District Court of
Van Zandt County, Texas (Tr. Ct. No. 02-
00670).  Memorandum Opinion delivered
by Justice Moseley, Chief Justice Morriss
and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Estate of Kenneth Flournoy, Estate of Mildred Lamb, and Kathlan Flournoy, pay all costs of this appeal.

RENDERED JANUARY 9, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk